Tanner B. Camp (#321716)
**ARMSTRONG TEASDALE, LLP**
201 South Main, Suite 750
Salt Lake City, Utah 84111
Tel. (800) 243-5070
Fax (314) 621-5065
tcamp@atllp.com

*Attorneys for Defendants Freedom Forever LLC, Bret Leon Bouchy, and Greg Russell Albright*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER LLC, a Delaware limited liability company, BRET LEON BOUCHY, an individual, GREG RUSSELL ALBRIGHT, an individual<br><br>Defendants. | Case No.: 3:20-CV-00880 MMA AHG<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Janis L. Sammartino<br>United States District Judge |

The parties in this case have agreed to settle this matter and anticipate filing a stipulated motion to dismiss with prejudice within one week of this notice.

DATED this 23rd day of April, 2021.    **ARMSTRONG TEASDALE LLP**

  /s/ *Tanner B. Camp*
Tanner B. Camp
*Attorney for Defendants Freedom Forever LLC, Bret Leon Bouchy, and Greg Russell Albright*


DATED this 23rd day of April, 2021.      /s/ *Anton Ewing*
Anton Ewing
*Pro se Plaintiff*
*(Electronic Signature inserted with Plaintiff's Permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I caused a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** to be served via electronic mail on the following:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
anton@antonewing.com

*Pro se Plaintiff*

      /s/ *Tanner B. Camp*