UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC, *et al.*.<br><br>　　　　　　　　　　Defendants. | Case No.:  3:20-cv-0880-JLS-AHG<br><br>**ORDER:**<br><br>**(1) SETTING SETTLEMENT CONFERENCE; and**<br><br>**(2) SETTING DEADLINE TO FILE JOINT MOTION TO WAIVE THIRTY-DAY DEADLINE IN CIVIL LOCAL RULE 55.1** |

On April 23, 2021, the parties filed a joint notice informing the Court that this case settled, and that they anticipated a joint motion to dismiss would be filed within one week. ECF No. 32.

The Court held a telephonic Settlement Disposition Conference ("SDC") on May 14, 2021. ECF No. 35. During the SDC, the parties informed the Court that they had been unable to reach agreement on all settlement terms. Despite the disagreement, both parties expressed a willingness to continue settlement negotiations before the undersigned.

Accordingly, the Court **SETS** a Settlement Videoconference for **June 4, 2021** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard. To facilitate the videoconference, the Court issues the following **Mandatory Procedures**:

1. **Deadline to Provide Comments to Court Regarding Proposed Settlement Terms**: The Court understands from the SDC that Plaintiff prepared a written settlement agreement for Defendants' review and consideration, and Defendants rejected the proposal due to objections to certain proposed terms. No later than **May 18, 2021**, counsel for Defendants must return a redline of Plaintiff's settlement agreement to Plaintiff via email, in Microsoft Word format with tracked changes. Defense counsel must copy the Court on the email at efile_goddard@casd.uscourts.gov. If Plaintiff does not find Defendants' changes agreeable, Plaintiff must provide a written response/counter-proposal to Defendants no later than **May 25, 2021**, again in Word format with tracked changes, and with the Court copied on the exchange at the email address provided herein.

2. **Confidential Settlement Letters Permitted:** In addition to exchanging proposed settlement terms as outlined above, each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **May 28, 2021**. The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Should a party choose to prepare a Letter, the substance of the Settlement

Conference Letter must comply fully with Judge Goddard's Mandatory Settlement Conference Rules (located at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf). **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard.**

3. **Appearances via Videoconference Required:** All named parties, party representatives, including claims adjusters for insured defendants, as well as principal attorney(s) responsible for the litigation on behalf of Defendants must attend the Settlement Conference via video. All who attend must be legally and factually prepared to discuss and resolve the case. Counsel appearing without their clients (whether or not counsel has been given settlement authority) will be subject to immediate imposition of sanctions.

   A. The Court will use its official Zoom video conferencing account to hold the ENE. **If you are unfamiliar with Zoom:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the ENE.[2] There is a cost-free option for creating

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

a Zoom account.

B. No later than **June 2, 2021**, counsel for each party shall send an e-mail to the Court at efile_goddard@casd.uscourts.gov containing (i) the **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation (for represented parties; (ii.) an **e-mail address for each participant** to receive the Zoom video conference invitation; and (iii) **cell phone number for that party's preferred point of contact** for the Court to use during the conference to alert the parties via text message that the Court will soon return to that party's Breakout Room.

C. At least one day prior to the Settlement Conference, the Court will email each participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**.

D. Zoom's functionalities will allow the Court to conduct the settlement conference as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

        Rooms will also allow parties and counsel to communicate confidentially without the Court.

    E. All participants shall display the same level of professionalism during the conference and be prepared to devote their full attention as if they were attending in person, i.e., participants cannot be driving while speaking to the Court and should be appropriately dressed for a court appearance. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

4. **Parties Must File Joint Motion for Court Waiver of Plaintiff's 30-Day Deadline to File Motion for Default Judgment:** As discussed with the parties during the SDC, Defendants are currently in default. *See* ECF No. 31. Plaintiff has tentatively agreed to delay filing a motion for default judgment pending the outcome of the settlement conference. However, Civil Local Rule 55.1 requires Plaintiff to file a motion for default judgment within 30 days of the entry of default, or on May 23, 2021. Therefore, upon consultation with the presiding District Judge, the Court **ORDERS** the parties to file a Joint Motion requesting the Court waive the 30-day deadline no later than **May 21, 2021**, and must concurrently submit a proposed order to the District Judge's chambers. The District Judge has been apprised that the parties intend to file such a motion.

**IT IS SO ORDERED.**

Dated: May 17, 2021

                                        _____
                                        Honorable Allison H. Goddard
                                        United States Magistrate Judge