Tanner B. Camp (#321716)
**ARMSTRONG TEASDALE, LLP**
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
Tel. (801) 401-1615
Fax (314) 621-5065
tcamp@atllp.com

*Attorneys for Defendants Freedom Forever LLC, Brett Leon Bouchy, and Greg Russell Albright*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING<br><br>   Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC et al.<br><br>   Defendants. | Case No.: 3:20-CV-00880-JLS-AHG<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Honorable Janis L. Sammartino<br>United States District Judge |
|---|---|

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Pro Se Plaintiff Anton Ewing and Defendants Freedom Forever, LLC, Brett Leon Bouchy, and Greg Russell Albright (collectively, the "Parties") hereby advise the Court that they have resolved all claims brought in the above-captioned litigation and, therefore, jointly move the Court to dismiss this action (including all claims and all related defenses) with prejudice. Each party shall bear its own costs and attorneys' fees. A proposed order is being submitted concurrently with this motion.

2

                                                  Respectfully submitted,

DATED: June 16, 2021.                     _s/ Tanner B. Camp_____
                                                  Tanner B. Camp
                                                  ARMSTRONG TEASDALE, LLP
                                                 *Attorneys for Defendants Freedom Forever LLC, Brett Leon Bouchy, and Greg Russell Albright*

DATED: June 16, 2021.                     _s/ Anton Ewing_____
                                                  Anton Ewing
                                                 *Pro Se Plaintiff*

                                                 (*Electronic Signature inserted with Plaintiff's permission)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I caused a true and correct copy of the foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE** to be served via U.S. mail on the following:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
anton@antonewing.com

*Pro se Plaintiff*

    s/ Tanner B. Camp