# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                      Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC, et al.,<br><br>                     Defendants. | Case No.: 20-CV-880 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 56) |

Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 56). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**, with each Party to bear its or his own costs and attorneys' fees. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge